|   |   |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-5185 BHS |
| Plaintiff, | ORDER |
| v. |   |
| FRED JACOB DILLIOTT, |   |
| Defendant. |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

This matter comes before the Court on Defendant Fred Jacob Dilliott's Motion for Early Termination of Supervised Release. Dkt. 52. The United States Probation Office filed a response to this motion, recommending that the Court deny the motion because of Dilliott's status as a sex offender. Dkt. 53 at 2. The Court agrees with Probation that early termination of Dilliott's supervised release is not appropriate at this time. However, the Court will consider such a motion once Dilliott has completed 80 percent of his supervised release without a violation.

Accordingly, it is ORDERED that the Motion for Early Termination of Supervised Release, Dkt. 52, is **DENIED**.

ORDER - 1

1    Dated this 11th day of October, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge